Waivlnd.wpf (EDNY 2/99)

FILED
DISTRICT COURT OF GUAM
MAR 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

# United States District Court

FOR THE **DISTRICT OF** GUAM

**UNITED STATES OF AMERICA**

v.

MAI LY WONG

**WAIVER OF INDICTMENT**

Case Number: 05-00028

Defendant(s).

I, _____Mai Ly Wong_____ the above-named defendant, who is accused of

CAUSING THE FAILURE TO FILE A CURRENCY TRANSACTION REPORT in Violation of Title 18, United States Code, Section 2, Title 31, United States Code, Sections 5324(a)(1) & 5322(a), and Title 31, Code of Federal Regulations, Sections 103.11 & 10.22

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on ___3/30/05___ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_____
MAI LY WONG
*Defendant*

_____
DAVID J. HIGHSMITH
*Counsel for Defendant*

Before: _____
*Judicial Officer*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL