ORIGINAL



1  WongGuerrero.Info

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00028 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **CAUSING THE FAILURE TO FILE A CURRENCY TRANSACTION REPORT** |
| MAI LY WONG ~~and MARVA J. GUERRERO~~, KJ ) | [18 U.S.C. § 2, 31 U.S.C. §§ 5324(a)(2) & 5322(a), and 31 C.F.R. §§ 103.11 & 10.22] |
| Defendants. ) | |

THE UNITED STATES ATTORNEY CHARGES:

### CAUSING THE FAILURE TO FILE A CURRENCY TRANSACTION REPORT

On or about May 27, 2004, the District of Guam, the defendants herein, MAI LY WONG KJ ~~and MARVA J. GUERRERO~~, did knowingly and willfully and for the purposes of evading the reporting requirements of Section 5313(a) of Title 31, United States Code and the regulations promulgated thereunder, cause a domestic financial institution, to-wit: First Hawaiian Bank, at which they purchased seven (7) cashiers checks, each in the amount of $9,880, for $69,260 cash, to fail to file with the Internal Revenue Service a report required to be filed under Section 5313(a) of 31 United States Code and the regulations promulgated thereunder, 31 Code of

//

Federal Regulations, Section 103.22, in connection with the receipt, exchange, withdrawal and transfer of United States currency in excess of $10,000,

ALL IN VIOLATION OF Title 18, United States Code, § 2, and Title 31, United States Code, §§ 5324(a)(2) & 5322(a), and 31 C.F.R. §§ 103.11 & 10.22.

Dated this 29th day of March, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

2