
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> vs. </br> </br> MAI LY WONG, </br> </br> Defendant. | CRIMINAL CASE NO. 05-00028 </br> </br> **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

1 sentencing hearing at which the District Judge will decide whether to accept or reject any
2 associated plea agreement, and will determine and impose sentence.
3     DATED this 30th day of March 2005.

*/s/ Mai Ly Wong*
MAI LY WONG
Defendant

*/s/ David J. Highsmith*
DAVID J. HIGHSMITH
Attorney for Defendant

APPROVED:

*/s/ Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney