# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00028-002**       **DATE: 03/30/2005**       **TIME: 2:14 p.m.**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge  
Court Reporter: Wanda Miles  
Hearing Electronically Recorded: 2:14:56 - 2:15:21 / 2:19:38 - 2:43:05  

Law Clerk: Judith Hattori  
Courtroom Deputy: Virginia T. Kilgore  
CSO: B. Benavente / J. Lizama  

************************ **APPEARANCES** ****************************

**DEFT: MAI LY WONG**  
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY: DAVID HIGHSMITH**  
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON          **AGENT:**

**U.S. PROBATION:** STEVE GUILLIOT         **U.S. MARSHAL:** P. RABINA / R. LUMAGUI

**PROCEEDINGS: INITIAL APPEARANCE / WAIVER OF INDICTMENT  
FILING OF INFORMATION / PLEA**

( ) COMPLAINT READ TO DEFENDANT  
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED  
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __32__  HIGH SCHOOL COMPLETED: __Some College__  
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES  
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____  
( ) WARRANT OF REMOVAL ISSUED  
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT  
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA  
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT  
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: CAUSING THE FILING OF A FALSE CASH TRANSACTION REPORT  
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION  
( X ) PLEA AGREEMENT FILED: __MARCH 30, 2005__ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*  
( ) COURT ORDERS PLEA AGREEMENT *SEALED*  
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.  
( X ) SENTENCING DATE: __JUNE 27, 2005__ at __10:00 A.M.__  ( ) STATUS HEARING:_____ at _____  
( X ) PRESENTENCE REPORT ORDERED AND DUE: __MAY 23, 2005__  
( ) PRELIMINARY EXAMINATION SET FOR: _____  
( ) ARRAIGNMENT SET FOR: _____ at _____  
( ) TRIAL SET FOR: _____  

USPO  
ACKNOWLEDGED RECEIPT  
By: _____  
Date: 4/1/05

PROCEEDINGS CONTINUED TO: _____ at _____  
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)  
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*  
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____  
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT  

**NOTES:**

Defendant consented to enter her plea before a U.S. Magistrate Judge. Waiver of Indictment executed. Plea agreement amended as follows: 1) page 1, line 21, replace "5322(a)" to read "5324(d) 2) page 3, line 6, insert the word "knowingly" after the word "defendant" 3) page 3, lines 10 to 11, replace the word "knowingly" with "wilfully". The Court signed the report and recommendation concerning defendant's plea of guilty.

The government recommended defendant be released on the same conditions set forth in Criminal Case No. 05-00013-002. No objection. GRANTED.