```
                    FILED
              DISTRICT COURT OF GUAM
                 APR 22 2005
              MARY L.M. MORAN
              CLERK OF COURT
```


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00028 |
| Plaintiff. ) | |
| ) | **ACCEPTANCE OF PLEA OF GUILTY,** |
| vs. ) | **ADJUDICATION OF GUILT AND** |
| ) | **NOTICE OF SENTENCING** |
| MAI LY WONG, ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging her with Causing the Filing of a False Cash Transaction Report, in violation of 18 U.S.C. § 2, 31 U.S.C. §§ 5324(a)(2) and 5324(d), and 31 C.F.R. §§ 103.11 and 103.22, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 21 day of April 2005.

RONALD S.W. LEW
District Judge

---

\* The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, sitting by designation.

