AO 456 (Rev. 5/85) Notice

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA

V.

MAI LY WONG

**NOTICE**

CASE NUMBER: CR-05-00028

(10)

---

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** | 06/27/05 at 10:00 a.m. | **Tuesday, July 5, 2005 at 2:00 p.m.** |

**MARY L.M. MORAN**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 21, 2005
DATE

(BY) DEPUTY CLERK — Jamie M Phelps

TO:
USA
ACKNOWLEDGED RECEIPT
By: _____
Date: 6/24/05

USPO
ACKNOWLEDGED RECEIPT
By: _____
Date: 6/24/05

USMS
ACKNOWLEDGED RECEIPT
By: _____
Date: 6-21-05

Highsmith Lisa 6/21/05

ACKNOWLEDGED RECEIPT
By: Lisa Leon Guerrero
Date: 6/21/05

**ORIGINAL**