THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR-05-00028 |
| Plaintiff, | ) | |
| vs. | ) | MOTION TO CONTINUE SENTENCING |
| MAI LY WONG, | ) | |
| Defendant. | ) | |

Defendant hereby moves for a ninety-day continuance of her Sentencing currently scheduled for July 2, 2005.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant is moving for a ninety-day continuance of her Sentencing because of her health. As shown by the attached exhibits, Defendant has been diagnosed with cervical cancer and the course of her treatment is still unclear. However, she is scheduled to undergo a hysterectomy on July 6, 2005. Defendant would like, if at all possible, to complete her treatment before Sentencing. Defendant is currently released on her own recognizance, but is facing a 6 to 12 month period of imprisonment under the

In the District Court of Guam
U.S. v. Mai ly Wong
Motion to Continue Sentencing
Criminal Case No. CR 05-00028
Page 2

Sentencing Guidelines. The Probation Office is recommending a three (3) year probation. Federal Rule of Criminal Procedure 32(b)(1) provides that the court should sentence the Defendant "without unnecessary delay." Rule 32(b)(2), however, provides that "for good cause" the court can extend time lines regarding sentencing. "Good cause" can be found here in the Defendant's condition.

Assistant U.S. Attorney Karon Johnson, the prosecutor in charge of this case, has advised my office that she does not object to this continuance.

RESPECTFULLY SUBMITTED,

DAVID J. HIGHSMITH
DEFENSE COUNSEL