THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR-05-00028 |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION |
| MAI LY WONG, | ) | |
| Defendant. | ) | |

I, Mai Li Roxby-Wong depose and say:

1. I am an adult and I speak with personal knowledge of all matters contained herein.

2. I am the Defendant in this case.

3. I was recently diagnosed with cancer of the cervix, a fact which is reflected in the Pre-Sentence Investigation Report on file in this case.

4. Attached hereto is a true and accurate copy of a letter dated June 14, 2005 from my doctor, Karen Zvonick. Said letter accurately describes my condition.

THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

In the District Court of Guam
U.S. v. Mai ly Wong
Declaration
Criminal Case No. CR 05-00028
Page 2

5. I underwent a biopsy on May 25, 2005. That biopsy revealed that I have Type One of cervical cancer.

6. My doctors are still unsure as to the treatment I will undergo. I will undergo a hysterectomy on July 6, 2005 and my doctor says I will need ninety days to recuperate from that surgery.

7. I am respectfully requesting a ninety day continuance of the Sentencing in my case so that my doctors can identify the course of my treatment and complete as much of my treatment as possible.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREOING IS TRUE AND CORRECT.

*/s/ Mai Li Roxby Wong*
MAI LI ROXBY WONG



| Ellen P. Bez, MD | Stephanie Velsmid, CNM |
| *Internal Medicine* | *Obstetrics & Women's Health* |
| Alice E. Leliukas, CNM | Rosie Villagomez Palisson, MD |
| *Obstetrics & Women's Health* | *Internal Medicine* |
| Annie U. Bordallo, MD | Kaaren A. Zvonik, MD |
| *Obstetrics/Gynecology* | *Obstetrics/Gynecology* |

PeMar Place • 472 Chalan San Antonio, Tamuning, Guam 96913       Phone: 647-1830 • Fax: 647-1919

June 14, 2005

To Whom It May Concern:

    Our patient, Mrs. Mai Roxby-Wong was seen in our clinic today for a follow up status post biopsy done May 25, 2005. She is scheduled to return to the clinic on July 5, 2005 for a pre-op visit. Her surgery, a total abdominal hysterectomy, is scheduled on July 6, 2005 at Guam Memorial Hospital.

    Kindly extend courtesy to her at this time. Thank you for your consideration in this matter.

Sincerely,

Kaaren A. Zvonik, M.D.