THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

FILED
DISTRICT COURT OF GUAM
JUN 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-05-00028 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MAI LY WONG, ) | |
| ) | |
| Defendant. ) | |

The court being fully advised in the premises, hereby grants the motion of Defendant to continue her Sentencing. It is further ordered that:

1. Said Sentencing is hereby continued to __October 6__, 2005 at 10 a.m.

2. The Defendant's present conditions of release shall continue in effect.

SO ORDERED: 6/23/2005.

HON. JOAQUIN V.E. MANIBUSAN
JUDGE, DISTRICT COURT OF GUAM

RECEIVED
JUN 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM