# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Mai Ly Wong,<br><br>    Defendant. | Case No. 1:05-cr-00028<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed October 7, 2005,* on the dates indicated below:

*U.S. Attorney's Office* *David Highsmith* *U.S. Probation Office* *U.S. Marshal Service*
*October 11, 2005* *October 11, 2005* *October 11, 2005* *October 11, 2005*
            *(Judgment only)* *(Judgment only)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed October 7, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005            /s/ Leilani R. Toves Hernandez
                         Deputy Clerk