

FILED
DISTRICT COURT OF GUAM
SEP -5 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00028-001 | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | **REQUEST TO TRAVEL** | |
| ) | | |
| MAI LY WONG, ) | | |
| Defendant. ) | | |
| _____) | | |

      On October 6, 2005, Mai Ly Wong was sentenced in the District Court of Guam for Causing the Failure to File a Currency Transaction Report, in violation of 18 U.S.C. §§2, 31 U.S.C. §§5324(a)(2) and 5322(a), and 31 C.F.R. §§103.11 and 10.22. She was sentenced to a three-year probation term. The conditions of her probation include: participate in the home detention component of the home confinement program for a period of six months and abide by all the requirements of the program which will include electronic monitoring and shall pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from the use of any and all alcoholic beverages; provide the Probation Officer access to any and all requested financial information; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; pay a $100 special assessment fee; and pay a $2,000 fine. The condition to refrain from the use of any or all alcoholic beverages was modified on December 29, 2005, to reflect no excessive use of alcohol, and submit to random alcohol testing upon the request of the Probation Officer.

      On March 18, 2006, Ms. Wong's mother, Lien T. Roxby, suffered from a stroke. Mrs. Roxby has since been under her care and in need of constant supervision and assistance. Ms. Wong stated that because of her work schedule, she is unable to provide adequate care to her mother. Therefore, she is requesting the Court's permission to travel to Vietnam to accompany her mother, who will remain in Vietnam with relatives, who can care for her. She is requesting to leave on September 10, 2006 and return on September 24, 2006.

**ORIGINAL**

Request to Travel
Re: WONG, Mai Ly
USDC Cr. Cs. No. 05-00028-001
August 31, 2006
Page 2

      To date, Ms. Wong has satisfied all court-ordered conditions. She completed the six months of home detention on August 15, 2006, and paid her $100 special assessment fee and $2,000 fine on October 6, 2005. In addition, she submits monthly supervision reports in a timely manner, is employed with a family-owned business, and submitted to DNA collection on March 7, 2006. This Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *(signature)*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*(signature)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File