| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

Mai Ly Wong
USDC Cr. Cs. No. 05-00028-001
SS# XXX-XX-9634
DOB: XX-XX-1972
HT: 5'4"  WT: 118 lbs



DATE  August 31, 2006

YOU ARE AUTHORIZED TO TRAVEL TO  Vietnam

LEAVING  September 10, 2006   AND RETURNING  September 24, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
SEP - 6 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

Escort ill mother, who will remain in Vietnam.

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Vitenam;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

*Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME  _____
ADDRESS  _____

[X] APPROVED    [ ] DISAPPROVED

*signature*
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

DATE:  9/6/2006

**RECEIVED**
SEP - 5 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:05-cr-00028   Document 20   Filed 09/06/2006   Page 1 of 1

**ORIGINAL**