FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAI LY WONG, ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 05-00028-001 <br><br> **REQUEST TO TRAVEL** |

  On October 6, 2005, Mai Ly Wong was sentenced in the District Court of Guam for Causing the Failure to File a Currency Transaction Report, in violation of 18 U.S.C. §2, 31 U.S.C. §§5324(a)(2) and 5322(a), and 31 C.F.R. §§103.11 and 10.22. She was sentenced to a three-year probation term. The conditions of her probation include: participate in the home detention component of the home confinement program for a period of six months and abide by all the requirements of the program which will include electronic monitoring and shall pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from the use of any and all alcoholic beverages; provide the Probation Officer access to any and all requested financial information; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; pay a $100 special assessment fee; and pay a $2,000 fine. The condition to refrain from the use of any or all alcoholic beverages was modified on December 29, 2005, to reflect no excessive use of alcohol, and submit to random alcohol testing upon the request of the Probation Officer.

  Ms. Wong is requesting the Court's permission to accompany her family on a vacation to Hong Kong. She will be traveling with her husband, Edward Wong, her three children, Edward, Victoria, and Aileen, and her mother-in-law, Lan Wong. She is requesting to leave on November 27, 2006 and return on December 2, 2006.

**ORIGINAL**

Request to Travel
Re: WONG, Mai Ly
USDC Cr. Cs. No. 05-00028-001
November 15, 2006
Page 2

To date, Ms. Wong has satisfied all court-ordered conditions. She completed the six months of home detention on August 15, 2006, and paid her $100 special assessment fee and $2,000 fine on October 6, 2005. In addition, she submits monthly supervision reports in a timely manner, is employed with a family-owned business, and submitted to DNA collection on March 7, 2006. This Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File