| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Mai Ly Wong
USDC Cr. Cs. No. 05-00028-001
SS# XXX-XX-9634
DOB: XX-XX-1972
HT: 5'4"  WT: 118 lbs



DATE   November 15, 2006

YOU ARE AUTHORIZED TO TRAVEL TO     Hong Kong

LEAVING   November 27, 2006   AND RETURNING   December 2, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

Family Vacation.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Hong Kong;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_Judy Anne J. Ocampo_
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

☑ APPROVED     ☐ DISAPPROVED

NAME
ADDRESS

**RECEIVED**
NOV 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE:  11-17-06

Case 1:05-cr-00028   Document 22   Filed 11/17/2006   Page 1 of 1

ORIGINAL