# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00028-001 |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| MAI LY WONG | ) | |
| Defendant. | ) | |

      On October 6, 2005, Mai Ly Wong was sentenced in the District Court of Guam for Causing the Failure to File a Currency Transaction Report, in violation of 18 U.S.C. §2, 31 U.S.C. §§5324(a)(2) and 5322(a), and 31 C.F.R. §§103.11 and 10.22. She was sentenced to a three-year probation term. The conditions of her probation include: participate in the home detention component of the home confinement program for a period of six months and abide by all the requirements of the program which will include electronic monitoring and shall pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from the use of any and all alcoholic beverages; provide the Probation Officer access to any and all requested financial information; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; pay a $100 special assessment fee; and pay a $2,000 fine. The condition to refrain from the use of any or all alcoholic beverages was modified on December 29, 2005, to reflect no excessive use of alcohol, and submit to random alcohol testing upon the request of the Probation Officer.

      Ms. Wong is requesting the Court's permission to travel to St. Louis, Missouri, and Honolulu, Hawaii, for a family vacation and reunion. She will be traveling with her two children and a cousin. She is requesting to leave on May 23, 2007and return on June 14, 2007.

Request to Travel
Re: WONG, Mai Ly
USDC Cr. Cs. No. 05-00028-001
April 24, 2007
Page 2


      To date, Ms. Wong has satisfied all court-ordered conditions. She completed the six months of home detention on August 15, 2006, and paid her $100 special assessment fee and $2,000 fine on October 6, 2005. In addition, she submits monthly supervision reports in a timely manner, is employed with a family-owned business, and submitted to DNA collection on March 7, 2006.

      This Officer supports her travel request and seeks Court approval as the travel involves a stop-over in Japan.

                              Respectfully submitted,

                              FRANK MICHAEL CRUZ
                              Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
                         U.S. Probation Officer


Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

**Mai Ly Wong**
USDC Cr. Cs. No. 05-00028-001
SS#  XXX-XX-9634
DOB: XX-XX-1972
HT: 5'4"  WT: 118 lbs

DATE    **April 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO    **St. Louis, Missouri, and Honolulu, Hawaii (via Japan)**

LEAVING    **May 23, 2007**    AND RETURNING    **June 14, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Family Vacation and Reunion.

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Missouri and Hawaii;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME    ☐ APPROVED    ☐ DISAPPROVED
ADDRESS