| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Mai Ly Wong**
USDC Cr. Cs. No. 05-00028-001
SS# XXX-XX-9634
DOB: XX-XX-1972
HT: 5'4"  WT: 118 lbs

DATE     **April 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO     **St. Louis, Missouri, and Honolulu, Hawaii (via Japan)**

LEAVING     **May 23, 2007**     AND RETURNING     **June 14, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Family Vacation and Reunion.

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Missouri and Hawaii;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____     [X] APPROVED     [ ] DISAPPROVED
ADDRESS _____

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Apr 27, 2007**