| PROB 35 (3/07) | **Report and Order Terminating Probation**<br>**Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

       v.                      CRIMINAL CASE NO.    05-00028-001

      MAI LY WONG

On October 6, 2005, the above named was placed on probation for three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from probation.

                                                  Respectfully submitted,

                                                  ROSSANNA VILLAGOMEZ-AGUON
                                                  Acting Chief U.S. Probation Officer



                                                  /s/ JUDY ANNE L. OCAMPO
                                                  U.S. Probation Officer

Reviewed by:



      /s/ CARMEN D. O'MALLAN
      U.S. Probation Officer Specialist
      Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00028-001 |
| Plaintiff, ) | |
| ) | **SPECIAL REPORT** |
| vs. ) | |
| MAI LY WONG, ) | |
| Defendant. ) | |

**Re:** **Request for Early Termination from Probation**

      On October 6, 2005, Ms. Mai Ly Wong was sentenced by Designated Judge Lloyd D. George for Causing the Failure to File a Currency Transaction Report, in violation of 18 U.S.C. §2, 31 U.S.C. §§5324(a)(2) & 5322(a), and 31 C.F.R. §§103.11 & 10.22. She was placed on a three-year probation term. The conditions of her probation include: participate in the home detention component of the home confinement program for a period of six months and abide by all the requirements of the program which will include electronic monitoring and pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from the use of any and all alcoholic beverages; provide the Probation Officer access to any and all requested financial information; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; pay a $100 special assessment fee; and pay a $2,000 fine. The condition to refrain from the use of any or all alcoholic beverages was modified on December 29, 2005, to reflect no excessive use of alcohol, and submit to random alcohol testing upon the request of the Probation Officer.

      Ms. Wong has satisfied all of her court-ordered conditions. She completed the six months of home detention on August 15, 2006, and paid her $100 special assessment fee and $2,000 fine on October 6, 2005. In addition, she submits monthly supervision reports in a timely manner, is employed with a family-owned business, and submitted to DNA collection on March 7, 2006. Ms. Wong has maintained compliance, a positive attitude, and appeared to have made sound decisions in her personal life.

SPECIAL REPORT
Request for Early Termination from Probation
Re:   WONG, Mai Ly
Criminal Case No. 05-00028-001
July 20, 2007
Page 2

    In early July 2007, Ms. Wong requested for early termination. Her term will expire on October 5, 2008.

    In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Ms. Wong's full compliance with her conditions of probation, and is in the interest of justice.

    RESPECTFULLY submitted this <u>20th</u> day of July 2007.

    ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File