| PROB 35 (3/07) | **Report and Order Terminating Probation** <br> **Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

        v.                    CRIMINAL CASE NO.    05-00028-001

    MAI LY WONG

    On October 6, 2005, the above named was placed on probation for three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from probation.

                                      Respectfully submitted,

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Acting Chief U.S. Probation Officer


                                      /s/ JUDY ANNE L. OCAMPO
                                      U.S. Probation Officer

Reviewed by:


  /s/ CARMEN D. O'MALLAN
  U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.


                                        /s/ Frances M. Tydingco-Gatewood
                                                Chief Judge
                                                Dated: Jul 24, 2007